```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| CASEY J. SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>PHARMACISTS MUTUAL INSURANCE COMPANY, et al.,<br><br>        Defendants. | Civil No. 07-5610-JEI-AMD |

### **SCHEDULING ORDER**

This Scheduling Order confirms the directives given to counsel during the telephone status conference on July 14, 2008; and the Court noting the following appearances: Gerhard P. Dietrich, Esquire, appearing on behalf of the plaintiff; Andrew J. Gallogly, Esquire, appearing on behalf of the defendant Pharmacists Mutual Insurance Company; and Thomas F. Gallagher, Esquire, appearing on behalf of the defendants Ann Drapikowski, as Legal Guardian of James McKeon, and James McKeon.

IT IS this **14th** day of **July 2008**, hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **October 20, 2008 at 10:00 A.M.**. Counsel for plaintiff shall initiate the telephone call.

                                      s/ Ann Marie Donio  
                                      ANN MARIE DONIO  
                                      United States Magistrate Judge

cc:  Hon. Joseph E. Irenas